# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARSHALLS OF NEVADA, INC., A NEVADA CORPORATION; AND THE TJX COMPANIES, INC., A DELAWARE CORPORATION,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,
Respondents,
and
LINDA CALDERA BREDESON,
Real Party in Interest.

No. 71349



FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order granting reconsideration of a summary judgment in a tort action.

The district court granted reconsideration of the summary judgment, reasoning that with the reopening of the bankruptcy case petitioner had standing to pursue the tort action on behalf of the bankruptcy estate. Based on the petition and the appendix provided,[1] we are not persuaded that the district court's reasoning was arbitrary or capricious or in contravention of clearly established law such that our

---

[1]Petitioners did not include in their appendix copies of the bankruptcy trustee's response to the motion for reconsideration or the challenged district court order.

16-36117

extraordinary and discretionary intervention is warranted. NRS 34.160; NRAP 21(a)(4); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying summary judgment); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Timothy C. Williams, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Law Office of Neal Hyman
Eighth District Court Clerk